UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

This Document Relates To:

| | |
|---|---|
| *Amy Frederick v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 12-cv-10843-DRH |
| *Veronica Malueg v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 12-cv-11671-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 7, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
        **Deputy Clerk**

Date: October 8, 2014

Digitally signed by David R. Herndon
Date: 2014.10.08 07:12:05 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT